No. 5985.  ESTRELLA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 6003.  HUDSON *v.* UNITED STATES; and

No. 6190.  WHITE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 6026.  BROWN *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 6027.  BURKE *v.* ERICKSON.  C. A. 8th Cir.  Certiorari denied.

No. 6029.  HENRY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 6030.  COLLINS, AKA COTTON *v.* UNITED STATES. C. A. 7th Cir.  Certiorari denied.

No. 6032.  WILLIAMS *v.* NEIL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 6033.  VENNARD *v.* CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 6034.  WALKER *v.* STADER ET AL.  C. A. 7th Cir. Certiorari denied.

No. 6035.  LYTLE *v.* MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 6038.  REESE *v.* SMITH, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 6040.  WELLS *v.* CRAVEN, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 6044.  POLESE *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 6385.  WALLS *v.* CALIFORNIA.  Ct. App. Cal.  Certiorari denied.